OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

U̲NITED S̲TATES C̲OURT OF A̲PPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 26, 2016

Stephen L. Braga I, Esq.
University of Virginia Law School
580 Massie Road
Charlottesville, VA 22903

RE: Victoria Vooys, et al v. Maria Bentley, et al
Case Number: 16-3912
V.I. S. Ct. Civ. No.: 2016-0046
V.I. Super. Ct. Civ. No.: 2005-00368

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/ecfwebsite.**

To All Parties:

Enclosed is the case opening information regarding the above-captioned petition filed by **Chrismos Cane Bay, Warren Mosler, Chris Hanley**, docketed at No. **16-3912**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. **This Court's rules, forms and case information are available on our website at http://www.ca3.uscourts.gov.**

The docketing fee in the amount of $500.00 has been paid. A receipt for the fee is enclosed.

Any supporting response must be filed **within twenty (20) days** of the date of this letter. Any response in opposition must be filed **within thirty (30) days** of the date of this letter. **All responses must be accompanied by an Appearance Form.** The requirements for the filing of an appearance form and disclosure statement are waived for pro se litigants. However, if a pro party intends to participate in this case, Third Circuit LAR 46.2 requires that a written statement to that effect be filed within fourteen (14) days of this letter. The petition and any response(s) will be forwarded to the Court for disposition. The parties will be advised when an order is entered by the Court.

**Counsel for Petitioner** must file:

1. Application for Admission (if applicable);
2. Appearance Form;
3. Disclosure Statement (except governmental entities)
These forms must be filed on or before **11/09/2016**.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
By: Legal Assistant/nmr
267-299-4924

cc:   Ms. Maria Bentley
      Veronica J. Handy, Clerk
      Lee J. Rohn, Esq.
      Venetia Velazquez, Clerk

Enclosures:
Caption
Receipt